# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SLY,<br><br>          Plaintiff,<br><br>     v.<br><br>ALAMEIDA, et. al.,,<br><br>          Defendants.<br>_____ / | CV F   04 5611 AWI LJO P<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT (Doc. 12.) |

Jack Sly ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 27, 2005, this Court dismissed the Complaint with leave to amend. Plaintiff has moved the Court for additional time to submit the Amended Complaint. Good cause having been shown, the request is GRANTED. The Amended Complaint is due within thirty (30) days of the date of service of this Order.

IT IS SO ORDERED.

**Dated:   July 27, 2005**                           **/s/ Lawrence J. O'Neill**
b9ed48                                                UNITED STATES MAGISTRATE JUDGE

1